Yasha Bronshteyn, Esq.
Ginzburg & Bronshteyn, LLP
11111 Santa Monica Boulevard, Suite 1840
Los Angeles, CA 90025
Tel. (310)914-3222
Fax (310)914-4242
SBN: 210248

Julie Cohen Lonstein, Esq.
Lonstein Law Office, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, NY 12428
Tel. (845) 647-8500
Fax (845) 647-6277

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

---

DIRECTV, Inc., a California corporation,

    Plaintiff,

v.

DAVID JAMES SULLIVAN, Individually, and d/b/a THE ONYX CLUB a/k/a ONYX CLUB, and THE ONYX CLUB a/k/a ONYX CLUB,

    Defendant.

---

**ORDER OF DISMISSAL**
Civil Action No. 2:08-CV-3166

The above-styled and numbered cause of action having been filed with the Court, and the Plaintiff's Notice of Dismissal dated August 28, 2009 having been considered it is, therefore,

**ORDERED** that the above matter pertaining to defendants, be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: August 31, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE